UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:

| | |
|---|---|
| JOSHUA ANDERSON TURNER | CASE NO. 25-02602-5-JNC |
| TIFFANY CHRISTIAN TURNER, | CHAPTER 13 |
|     DEBTORS | |

**TRUSTEE'S MOTION TO DISMISS**

**NOW COMES** S. Troy Staley, the standing Chapter 13 Trustee in the Eastern District of North Carolina, duly appointed to administer the instant case ("Trustee"), and hereby moves the Court to enter an Order dismissing the Debtors' Chapter 13 case pursuant to 11 U.S.C. § 1307(c). In support of this Motion, the Trustee shows unto the Court the following:

1. Debtor(s) have failed to appear at the § 341(a) Meeting of Creditors in accordance with 11 U.S.C. §§ 341 and 343, and 1307(c).

2. Debtor(s) has failed to file Tax Returns for the following tax year(s) as required by 11 U.S.C. §§ 1307(e) and 1308:  2022, 2023 and 2024, according to the IRS Proof of Claim.

**WHEREFORE**, the Trustee prays the Court enter an Order dismissing the Debtors' Chapter 13 case under 11 U.S.C. § 1307(c), and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

This the 13th day of August, 2025.

/s/ S. Troy Staley
S. TROY STALEY
Chapter 13 Trustee
N.C. State Bar No. 43229
/s/ Ashley Baxter Curry
ASHLEY BAXTER CURRY
Staff Attorney, Chapter 13 Trustee
N.C. State Bar No. 39524
Post Office Box 1618
New Bern, North Carolina 28563-1618
(252) 633-0074
chapter13@ednc13.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

**IN RE:**

| | |
|---|---|
| **JOSHUA ANDERSON TURNER** | **CASE NO. 25-02602-5-JNC** |
| **TIFFANY CHRISTIAN TURNER** | **CHAPTER 13** |
| **DEBTORS** | |

**NOTICE OF TRUSTEE'S MOTION TO DISMISS**

The Chapter 13 Trustee has filed papers with the Court requesting that your case be dismissed.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the objection, or if you want the Court to consider your views on the objection, then on or before **September 3, 2025** unless otherwise ordered, you or your attorney must file with the Court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at: **Clerk, U.S. Bankruptcy Court, P.O. Box 791, Raleigh, NC 27602.**

If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must also mail a copy to: **S. Troy Staley, Chapter 13 Trustee, P.O. Box 1618, New Bern, NC 28563-1618**.

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the objection at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.

**DATED:** August 13th, 2025

/s/ S. Troy Staley
S. TROY STALEY
Chapter 13 Trustee
N.C. State Bar No. 43229
/s/ Ashley Baxter Curry
ASHLEY BAXTER CURRY
Staff Attorney, Chapter 13 Trustee
N.C. State Bar No. 39524
Post Office Box 1618
New Bern, North Carolina 28563-1618
(252) 633-0074
chapter13@ednc13.com

## CERTIFICATE OF SERVICE

I, Ashley Baxter Curry, Staff Attorney for the Chapter 13 Trustee, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing **TRUSTEE'S MOTION TO DISMISS** and **NOTICE OF TRUSTEE'S MOTION TO DISMISS** by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

Travis Sasser (via CM/ECF)
*Attorney for Debtors*

Joshua A. Turner (via U.S. Mail)
Tiffany C. Turner
702 Southernwood Place
Hubert, NC 28359
*Debtors*

DATED: August 13th, 2025

/s/ Ashley Baxter Curry
ASHLEY BAXTER CURRY
Staff Attorney, Chapter 13 Trustee
N.C. State Bar No. 39524
Post Office Box 1618
New Bern, North Carolina 28563-1618
(252) 633-0074
chapter13@ednc13.com